In the Matter of the Application of ROBERT D. RADCLIFFE for a Mandamus Order, Respondent, against WILLIAM S. LIVINGSTON, JR., as Building Inspector, etc., Appellant. RANDOLPH P. COMPTON, Intervening Respondent, Appellant.— Order directing that a peremptory order of mandamus issue modified by directing that an alternative order of mandamus issue, and as so modified affirmed, without costs. The disputed questions of fact ·preclude the granting of a peremptory order herein. The allegations of fact respecting the alleged invalidity of the ordinance* are very meagre but they should be inquired into and passed upon in order that the invalidity or validity of the ordinance may be determined. The issues with respect to the expenditure of moneys by the petitioner, if the latter become material as a result of the determination with respect to the validity of the ordinance, require the issuance of an alternative order. The validity or invalidity of the ordinance having a possible controlling effect upon the result herein, this fact entitles the petitioner to proceed in mandamus, despite the statutory provisions for a review by certiorari in section 179-b of the Village Law.† (Matter of Isenbarth v. Bartnett, 206 App. Div. 546; 205 id. 845, 846; Matter of Hillsley Realty Corporation v. Vroman, 218 id. 855.) Rich, Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., dissents and votes for a denial of the motion upon the ground that the petition does not present any facts which show the invalidity of the zoning regulation.

In the Matter of the Application of RICE LAND AND IMPROVEMENT CORPORATION for an Order Directing that the Arbitration Provided for in a Certain Contract in Writing Entered into between the Petitioner and T. SHERWOOD BOYD on the 9th Day of July, 1925, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law. THE RICE LAND AND IMPROVEMENT CORPORATION, Respondent, v. T. SHERWOOD BOYD, Appellant.— Order adjudging that the arbitration agreement is a valid contract, directing that the arbitration proceed and appointing a third arbitrator, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

B. EDWIN LARNED, Respondent, v. SARAH R. SIBLEY, as Administratrix, etc., of NORRIS R. SIBLEY, Deceased, Appellant.— Order granting plaintiff's motion for a b ll of particulars reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, upon the ground that there are no unusual circumstances involved requiring a departure from the rule not to direct a bill of particulars of the defense of payment. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.

JACOB LESSER, Respondent, .v. BENJAMIN COHEN, Appellant.— Order denying defendant's motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur. [131 Misc. 80.]